UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09-cr-4252-BTM |
| Plaintiff, ) | ORDER GRANTING |
| ) | JOINT MOTION TO CONTINUE |
| v. ) | SENTENCING HEARING |
| ) | |
| HECTOR ERNESTO PUENTE, JR., ) | |
| Defendant. ) | |
| _____ ) | |

Upon the joint motion of the parties, and good cause appearing thereto, the motion to continue the sentencing hearing scheduled for Friday, March 12, 2010, at 9:00 AM, is continued to Friday, April 9, 2010, at 11:00 AM.

SO ORDERED:

DATED: January 27, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge